IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01623-MSK

MICHAEL SMITH,

    Plaintiff,

  v.

COLORADO STATE BOARD OF NURSING,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the Colorado State Board of Nursing.

Respectfully submitted this 3rd day of November, 2016.

        CYNTHIA H. COFFMAN
        Attorney General

        *s/ Felice S. Haas*
        Felice S. Haas, #32630*
        Senior Assistant Attorney General
        Business and Licensing
        Attorney for Defendant State Board of Nursing
        1300 Broadway, 8th Floor
        Denver, Colorado 80203
        Telephone: (720) 508-6408
        Fax:  (720) 508-6037
        E-Mail:  felice.haas@coag.gov
        *Counsel of Record

## **CERTIFICATE OF SERVICE**

      I certify that I served the foregoing Entry of Appearance upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 3rd day of November 2016, addressed as follows:

Michael Smith
10436 Ross Lake Drive
Peyton, Colorado 808331

                                               _____*s/Betsy Harrah*_____